Leon Tanenbaum and Others v. Detroit, Toledo and Ironton Railroad Company and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

The People of the State of New York v. Harry S. Proctor.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

William Levin v. New England Casualty Company.— Motion dismissed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Spiritusfabriek Astra v. Sugar Products Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

The People of the State of New York v. Joseph Ward.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Louis N. Hartog v. Corn Products Refining Company and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Frey & Son, Inc., v. E. R. Sherburne Company and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling Merrell and Greenbaum, JJ.

C. A. Gambrill Manufacturing Company v. National City Bank of New York and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of Crotona Avenue (Verna White, an Infant).— Motion granted and reference ordered to Hon. John W. Goff, official referee, to take proof and report as to petitioner's right to receive award. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

The People of the State of New York ex rel. Post & McCord, Inc., v. Jacob A. Cantor and Others.— Motion granted in so far as it asks leave to file a brief as amicus curiæ, said brief to be served on the parties to the litigation. Present — Clarke, P J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

G. Robison & Company, Inc., v. Harry Kram.— Motion for stay pending appeal granted. Appeals to be promptly brought on for argument. Settle orders on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Frank Drake v. Joseph H. Hodgson, Impleaded, etc.— Motion denied, with ten dollars. Present — Clarke, P J., Dowling, Smith, Page and Greenbaum, JJ

Emma Lindemann and Others v. Joseph Schuessler, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith and Page, JJ

James Belden and Others v. Anna V. Belden, Individually, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.